DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMARIA GIGGER,**
Appellant,

v.

**SON-COR VILLA APARTMENTS,**
Appellee.

No. 4D2023-2242

[May 30, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim T. Mollica, Judge; L.T. Case No. CONO23005569.

Samaria Gigger, Oakland Park, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***